PAUL P. VANGELLOW, ESQ.
VSB 23488
Paul P. Vangellow, PC
6109A Arlington Blvd.
Falls Church, VA 22044
703-241-0506
Fx 703-241-0886
pvangellow@gmail.com

BRETT E. LEWIS (pro hac vice pending)
LEWIS & LIN, LLC
45 Main Street, Suite 608
Brooklyn, NY 11201
Telephone: (718) 243-9323
Facsimile: (718) 243-9326
Email: brett@iLawco.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

**WAREHOUSE GOODS, LLC,**

    **Plaintiff,**
v.                                                **Case No.**

**<GNLLN.COM>,**

    **Defendant.**

**NOTICE OF HEARING ON EMERGENCY MOTION**
**FOR TEMPORARY RESTRAINING ORDER**

Plaintiff Warehouse Goods, LLC, by counsel, hereby gives notice that it will respectfully move this Court, in the U.S. District Court for the Eastern District of Virginia on September 13, 2018 at 10:00 a.m. or as soon thereafter as counsel may be heard, for a temporary restraining order and preliminary injunction.

As set forth at greater length in the supporting motion, memorandum, affidavit, and declaration filed herewith, a temporary restraining order and preliminary injunction are necessary to preserve the status quo and prevent further injury to Plaintiff.

Respectfully submitted by:

Warehouse Goods, LLC
By Counsel

_____/s/_____
Paul P. Vangellow, Esq.
VSB 23488
Paul P. Vangellow, PC
6109A Arlington Blvd.
Falls Church, VA 22044
703-241-0506
Fx 703-241-0886
pvangellow@gmail.com


LEWIS & LIN, LLC

\_\_\_\_/s/_____
Brett Lewis, Esq. (pro hac vice forthcoming)
Justin Mercer, Esq. (pro hac vice forthcoming)
45 Main Street, Suite 608
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Email: brett@iLawco.com
justin@iLawco.com
Counsel for Plaintiff