IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| WAREHOUSE GOODS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:18-cv-01160 (LMB/TCB) |
| ) | |
| GNLLN.COM, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is a civil action captioned as an in rem action solely against GNLLN.com [Dkt. No. 1]; however, the proposed Order to Show Cause for a Preliminary Injunction [Dkt. No. 3-1] bares a different caption, showing only John Doe as the defendant. Obviously, a lawsuit against a person is not an in rem action. For these reasons, it is hereby

ORDERED that plaintiff's Motion for an Emergency Temporary Restraining Order [Dkt. No. 3] be and is DENIED WITHOUT PREJUDICE.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 13 day of September, 2018.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge