IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| WAREHOUSE GOODS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:18-cv-01160 (LMB/TCB) |
| | ) |
| GNLLN.COM, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Due to the numerous problems with plaintiff Warehouse Goods, LLC's Second Motion for an Emergency Temporary Restraining Order [Dkt. No. 10], it is hereby

ORDERED that plaintiff appear on Monday, September 17, 2018 at 9:45 a.m. for a hearing on the motion.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 13th day of September, 2018.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge