UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Case No.: 1:18-cv-01160-LMB-TCB

WAREHOUSE GOODS, LLC,

    Plaintiff,

vs.

<GNLLN.COM>, a domain name,

    Defendant *in rem*.

**ORDER GRANTING PRELIMINARY INJUNCTION
AND TEMPORARY RESTRAINING ORDER**

This matter came before the Court on the motion of Plaintiff Warehouse Goods, LLC ("Greenlane") for a temporary restraining order and preliminary injunction changing the registration of the domain name gnlln.com to Greenlane's name at a registrar of Greenlane's choosing. The Court has considered the Affidavit of Aaron LoCascio, dated September 11, 2018, the Declaration of Brett E. Lewis, dated September 11, 2018, the memorandum of law in support of Greenlane's motion, the facts set forth in the first amended complaint, and all pleadings and papers previously filed herein, and after a hearing held on September 17, 2018.

This matter is governed by the criteria for considering a preliminary injunction set forth in *Winter v. National Resources Def. Council*, 555 U.S. 7, 20 (2008). The Court finds that the criteria have been met in this case. The Court finds that: (1) Greenlane has a strong likelihood of succeeding on the merits of its claim, (2) Greenlane is likely to suffer irreparable harm in the

absence of temporary and preliminary injunctive relief, (3) that the balance of equities tips in favor of Greenlane, and (4) that an injunction is in the public interest.

NOW, THEREFORE, it is HEREBY ORDERED that:

1. VeriSign, Inc. ("VeriSign"), the domain name registry for the <gnlln.com> domain name (the "Domain Name"), is hereby directed to change the registrar of record for the Domain Name to a registrar of Greenlane's selection and such selected registrar shall thereafter permit the Domain Name to be registered in Greenlane's name, until further order from this Court;

2. Pursuant to Fed. R. Civ. P. 65(c), a bond in the amount of $500 shall be posted;

3. Pursuant to 15 U.S.C. § 1125(d)(2)(A)(i)(II)(bb), Greenlane shall publish notice of this action in the *Washington Post* or *Washington Times*. Such service, along with said notice Greenlane previously provided to the registrant and registrar of the Domain Name via email and postal mail, shall be sufficient under 15 U.S.C. § 1125(d)(2)(B);

4. Greenlane shall serve a copy of the pleadings filed and considered in connection with this motion, along with a copy of this Order, upon VeriSign; and

5. Upon 21 days passing from the date of notice of this action having been published, Greenlane is directed to take prompt action, as appropriate, to move this Court for Summary Judgment and/or Final Judgment, for the relief requested by Greenlane in this matter.

Date: September 18, 2018

/s/ /PMB
Leonie M. Brinkema
United States District Judge