**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| Warehouse Goods, LLC ) | |
| ) | |
|       Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:18cv1160 |
| ) | |
| GNLLN.COM ) | |
|       Defendant ) | |

## ENTRY OF DEFAULT

In accordance with plaintiff's request to enter default and the declaration of Brett E. Lewis, Esq., the Clerk of this Court does hereby enter the default of GNLLN.COM for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The entry of default is in accordance with Rule 55(a) Federal Rules of Civil Procedure.

                                    FERNANDO GALINDO
                                    CLERK OF COURT

                                    By: _____/s/_____
                                            Kathy Lau
                                            DEPUTY CLERK

Dated:  11/8/18